UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EFREM CLEANING SYSTEM,      )<br>    Plaintiff,        )<br>                  )<br>-v-                )<br>                  )<br>THE JANITORIAL AGENCY,    )<br>    Defendant.       )<br>_____) | No. 1:13-cv-371<br><br>HONORABLE PAUL L. MALONEY |

### JUDGMENT

The Court has dismissed the lawsuit for lack of jurisdiction.  As required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  April 9, 2013          /s/ Paul L. Maloney
                 Paul L. Maloney
                 Chief United States District Judge